UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOHAMED HASSAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-cv-11253-IT |
| | * | |
| JEH JOHNSON, Secretary, U.S | * | |
| DEPARTMENT OF HOMELAND | * | |
| SECURITY; ERIC HOLDER, JR., | * | |
| U.S. Attorney General; U.S. CITIZENSHIP | * | |
| AND IMMIGRATION SERVICES, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 26, 2015

TALWANI, D.J.

Before the court is the parties' Joint Motion for Remand to Complete the Adjudication of Plaintiff's Application for Naturalization [#11], in which the parties request that the court remand this matter to the United States Citizenship and Immigration Services so that it can approve Plaintiff's application for naturalization and naturalize Plaintiff at an oath ceremony. For the reasons provided in the motion, the court ALLOWS the parties request and REMANDS this matter to the United States Citizenship and Immigration Services so that it can effectuate Plaintiff's naturalization.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge